1339-14

# ELECTRONIC RECORD

COA # 01-13-00488-CR          OFFENSE: 2 (Poss w/intent Deliver)

STYLE: Bryan Keith Burrell v. The State of Texas          COUNTY: Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: 232nd District Court

DATE: 08/21/2014          Publish: YES   TC CASE #: 1320468

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Bryan Keith Burrell v. The State of Texas          CCA #: 1339-14

_____ APPELLANT'S _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 12/17/2014

JUDGE: Per Curiam          SIGNED: _____          PC: _____

          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD